# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

UNITED STATES OF AMERICA,                                    Criminal No. 08-6 MJD/AJB

        Plaintiff,

v.                                                                                                   **ORDER**

SHANE NATHANIEL TOWNSEND,

        Defendant.

    Nathan Petterson, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

    Lyonel Norris, Esq., Assistant Federal Defender, for defendant, Shane Nathaniel Townsend.

    Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 16, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1. Defendant Shane Nathaniel Townsend's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 12];

    2. Defendant Shane Nathaniel Townsend's Motion to Suppress Evidence is **denied** [Docket No. 18]; and

    3. Defendant Shane Nathaniel Townsend's Motion to Suppress Eyewitness Identifications is **denied** [Docket No. 19].

Dated: December 9, 2008

                                                    s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court Chief Judge